UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Bonnie Henry,

        Plaintiff,

vs.

ORDER ADOPTING THE
REPORT AND RECOMMENDATION

Jo Anne B. Barnhart,
Commissioner of Social
Security,

        Defendant.        Civ. No. 04-1423 (ADM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Plaintiff's Motion [Docket No. 16] for Summary Judgment is denied.

2.    That the Defendant's Motion [Docket No. 17] for Summary Judgment is granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

        s/Ann D. Montgomery
        _____
        Ann D. Montgomery, Judge
        United States District Court

DATED: September 7, 2005
At Minneapolis, Minnesota